145 A.3d 721

Senator Jay COSTA, Pa. 43rd District, Senator Daylin Leach, Pa. 17th District, in their Official Capacities, and Senator Christine M. Tartaglione, Pa. 2nd District, in her Official Capacity and Individually on Behalf of Qualified Electors in the Commonwealth of Pennsylvania, Appellants

v.

Secretary Pedro A. CORTES, Senator Joseph B. Scarnati, Pa. 25th District, and Senator Jacob Corman III, Pa. 34th District, Each in their Official Capacities, Appellees.

Supreme Court of Pennsylvania.

Sept. 2, 2016.

## *ORDER*

PER CURIAM.

**AND NOW,** this 2nd day of September 2016, the Order of the Commonwealth Court is **AFFIRMED.** The Appellee's Application to Dismiss Appeal in Part as Moot is **DISMISSED** as **MOOT.**

Chief Justice SAYLOR did not participate in the consideration or decision of this matter.